```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 09396
   JAMES SPANN
   MARY SPANN                                 CHAPTER 13

                                              JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-5077    SSN XXX-XX-8513

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/23/2007 and was not confirmed.

     The case was dismissed without confirmation 09/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC   22688.43           .00          828.92
GMAC MORTGAGE             CURRENT MORTG       .00            .00            .00
GMAC MORTGAGE             MORTGAGE ARRE   26874.10           .00            .00
GMAC MORTGAGE             CURRENT MORTG       .00            .00            .00
GMAC MORTGAGE             MORTGAGE ARRE    6405.19           .00            .00
GMAC MORTGAGE             UNSECURED       NOT FILED          .00            .00
REGIONAL ACCEPTANCE CORP  SECURED NOT I   18796.09           .00            .00
CHILD SUPPORT ENFORCEMEN  NOTICE ONLY     NOT FILED          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        1098.48           .00            .00
BMG MUSIC SERVICE         UNSECURED       NOT FILED          .00            .00
CAPITAL ONE               UNSECURED        1663.56           .00            .00
COMCAST                   UNSECURED       NOT FILED          .00            .00
CREDIT COLLECTION SERVIC  UNSECURED       NOT FILED          .00            .00
FORD MOTOR CREDIT         UNSECURED        4974.19           .00            .00
GE CONSUMER FINANCE       UNSECURED       NOT FILED          .00            .00
GRANT FINANCE             UNSECURED       NOT FILED          .00            .00
RECOVERY MANAGEMENT SYST  UNSECURED         183.57           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED       NOT FILED          .00            .00
LVNV FUNDING LLC          UNSECURED       NOT FILED          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         881.63           .00            .00
HSBC AUTO FINANCE         UNSECURED       26397.09           .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY         .00                           .00
TOM VAUGHN                TRUSTEE                                         54.79
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              883.71

PRIORITY                                         .00
SECURED                                       828.92
UNSECURED                                        .00
ADMINISTRATIVE                                   .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 09396 JAMES SPANN & MARY SPANN
```

```
TRUSTEE COMPENSATION                                              54.79
DEBTOR REFUND                                                       .00
                                              ----------------   ----------------
TOTALS                                                883.71            883.71
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 12/27/07                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE